ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONG TANG, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, <br> U.S. Department of Homeland Security, *et al*., <br><br> Defendants. | C 4:24-cv-00139 JST <br><br> **STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

      Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. Dkt. No. 1. On January 8, 2024, the Court issued an Immigration Mandamus Case Procedural Order in this case. Dkt. No. 3. On April 30, 2024, the Court scheduled a case management conference for July 30, 2024, at 2:00 p.m. Dkt. No. 6.

      The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case, including the case management conference and associated deadlines, for a limited time, until December 26, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      1.    United States Citizenship and Immigration Services ("USCIS") scheduled an interview on Plaintiff's Form I-589 application for August 28, 2024. USCIS will work diligently towards

Stipulation to Stay Proceedings
C 4:24-cv-00139 JST                             1

1  completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 26, 2024, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated:  July 24, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 24, 2024

*/s/ David W. Ewing*
DAVID W. EWING
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until December 26, 2024.

Date:  July 29, 2024

JON S. TIGAR
United States District Judge

Stipulation to Stay Proceedings
C 4:24-cv-00139 JST                              3